B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re  **Vernon Healthcare Providers, LLC**  
Debtor(s)

Case No. **14-70402**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>4050 Alpha Rd.<br>MC 5115 NDAL<br>Dallas, TX 75244 | Internal Revenue Service<br>4050 Alpha Rd.<br>MC 5115 NDAL<br>Dallas, TX 75244 | Payroll taxes incurred by third party | Disputed | 697,743.27 |
| First Choice Medical<br>PO Box 3608<br>Jackson, MS 39207 | First Choice Medical<br>PO Box 3608<br>Jackson, MS 39207 | Medical supplies | Disputed | 39,077.58 |
| Medicine Chest Pharmacy<br>411 Main St., Ste. 2<br>Sulphur Springs, TX 75482 | Medicine Chest Pharmacy<br>411 Main St., Ste. 2<br>Sulphur Springs, TX 75482 | Pharmacy supplies | Disputed | 34,056.53 |
| McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | Medical supplies | | 29,182.66 |
| Champion Energy Services<br>PO Box 4190<br>Houston, TX 77210 | Champion Energy Services<br>PO Box 4190<br>Houston, TX 77210 | Electricity | | 23,736.55 |
| Atmos Energy<br>PO Box 790311<br>Saint Louis, MO 63179-0311 | Atmos Energy<br>PO Box 790311<br>Saint Louis, MO 63179-0311 | Natural gas | | 13,160.08 |
| Wilbarger General Hospital<br>920 Hillcrest Drive<br>Vernon, TX 76384 | Wilbarger General Hospital<br>920 Hillcrest Drive<br>Vernon, TX 76384 | Lab tests | | 7,985.17 |
| City of Vernon<br>1725 Wilbarger<br>Vernon, TX 76384 | City of Vernon<br>1725 Wilbarger<br>Vernon, TX 76384 | Water | | 5,386.71 |
| Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmacy supplies | | 2,111.34 |
| Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Radiology services | | 1,707.00 |
| MDI Achieve<br>PO Box 86<br>Minneapolis, MN 55486 | MDI Achieve<br>PO Box 86<br>Minneapolis, MN 55486 | Softwars supplier | | 1,634.72 |
| ProLab<br>3020 Wichita Court<br>Fort Worth, TX 76140 | ProLab<br>3020 Wichita Court<br>Fort Worth, TX 76140 | Lab services | | 1,149.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Vernon Healthcare Providers, LLC**        Case No.   **14-70402**
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ability Network, Inc. Dept. CH 16577 Palatine, IL 60055 | Ability Network, Inc. Dept. CH 16577 Palatine, IL 60055 | Software supplier | | 872.74 |
| Commerial & Industrial 5019 Bonny Dr. Wichita Falls, TX 76302 | Commerial & Industrial 5019 Bonny Dr. Wichita Falls, TX 76302 | Security contracts | | 861.31 |
| Ecolab PO Box 70343 Chicago, IL 60673 | Ecolab PO Box 70343 Chicago, IL 60673 | Chemicals | | 702.92 |
| Mutual Sprinklers 8000 W. 78th St., Ste. 111 Minneapolis, MN 55439 | Mutual Sprinklers 8000 W. 78th St., Ste. 111 Minneapolis, MN 55439 | Fire alarm monitoring | | 695.00 |
| Vernon Daily Record 3214 Wilbarger Vernon, TX 76384 | Vernon Daily Record 3214 Wilbarger Vernon, TX 76384 | Classifieds | | 588.89 |
| Wichita Telephone 511 W. Texas Ave. Iowa Park, TX 76367 | Wichita Telephone 511 W. Texas Ave. Iowa Park, TX 76367 | Phone equipment | | 568.87 |
| Suddenlink PO Box 660365 Dallas, TX 75266 | Suddenlink PO Box 660365 Dallas, TX 75266 | Cable | | 527.24 |
| Ferguson-Veresh, Inc. 703 E. Scott St. Wichita Falls, TX 76301 | Ferguson-Veresh, Inc. 703 E. Scott St. Wichita Falls, TX 76301 | Generator contractor | | 411.23 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 9, 2014**          Signature   **/s/ Ron Sanborn**
                                                                              **Ron Sanborn**
                                                                              **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.